UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID FERNANDEZ et al.,

           Plaintiffs,

- against -

THE CITY OF NEW YORK et al.,

           Defendants.

**ORDER**

17 Civ. 789 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the following schedule will apply to Defendants' motion for reconsideration (Dkt. No. 110):

1. Plaintiffs' opposition is due on **May 29, 2020**; and
2. Defendants' reply, if any, is due on **June 5, 2020**.

Dated: New York, New York
       May 15, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge