UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID FERNANDEZ and JOEY
FERNANDEZ,

          Plaintiffs,

   - against -

THE CITY OF NEW YORK, et al.,

          Defendants.

**ORDER**

17 Civ. 789 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the trial in this case currently scheduled for July 20, 2020 is adjourned to **October 19, 2020 at 9:30 a.m.**

The joint pretrial order, motions in limine, requested voir dire, and requests to charge are due on **September 21, 2020**. Responsive papers are due **September 28, 2020**.

Dated:  New York, New York
       June 18, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge