# Jeffrey A. Rothman
Attorney at Law
305 Broadway, Suite 100
New York, NY 10007
Tel.: (212) 227-2980; Cell: (516) 455-6873
Fax: (212) 591-6343
rothman.jeffrey@gmail.com

July 13, 2021

**BY ECF**
Honorable Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSED:
The deadline for the joint pretrial order, motions in limine, requested voir dire, and requests to charge is extended to **September 1, 2021**. The deadline for responsive papers is extended to **September 8, 2021**.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

Dated: July 15, 2021

Re:   David Fernandez, et al., v. City of N.Y., et al.
17 CV 00789 (PGG)

Dear Judge Gardephe:

I am counsel for Plaintiffs in the above-captioned action. I write - jointly with opposing counsel - to respectfully request that the deadlines for the joint pretrial order, motions in limine, requested voir dire, and requests to charge (presently due on July 19, 2021) be extended to September 13, 2021, and that the deadline for responsive papers (presently due July 26, 2021) be extended to September 20, 2021. Your Honor set the current deadlines, as well as the trial date of October 5, 2021, in an Order dated December 29, 2021 (docket # 120). The Court has not yet scheduled any final pre-trial conference. The parties do not seek an adjournment of the trial.

The parties have made significant progress on the joint pretrial order, but would greatly appreciate more time to complete it and to prepare the other pre-trial submissions. This will also allow the parties to make further efforts to see if the case can be settled before more time is expended on the pre-trial submissions. Counsel for both parties are also enmeshed in involved discovery in other cases, including a case they are litigating against each other, Luis Hernandez v. United States of America, et al., 16 Civ. 6139 (JPC) (RWL). I additionally will be away in Hawaii with my partner and young daughter from August 1-Sept. 2, 2021.

The parties thank the Court for its consideration in this matter.

Respectfully submitted,

/S/

Jeffrey A. Rothman