TIME-SENSITIVE REQUEST

Jeffrey A. Rothman
Attorney at Law
305 Broadway, Suite 100
New York, NY 10007
Tel.: (212) 227-2980; Cell: (516) 455-6873
rothman.jeffrey@gmail.com

September 21, 2022

**BY ECF**
Honorable Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: David Fernandez, et al., v. City of N.Y., et al.
17 CV 00789 (PGG)

Dear Judge Gardephe:

I am co-counsel for Plaintiffs in the above-captioned action. I write - with the consent of opposing counsel - to respectfully request that the final pretrial conference (presently scheduled for September 30, 2022 at 10 a.m.) and the trial of this matter (presently scheduled to begin on October 3, 2022) be adjourned *sine die*.

I have just learned, from his fiancée Keisha Caraballo, that Plaintiff Joey Fernandez was shot multiple times in the Bronx this past Thursday, September 15, 2022. He is presently unconscious and in the ICU on a ventilator at the hospital, with bullet fragments lodged in various critical parts of his body that cannot yet be surgically removed due to other complications, including a high fever. At this juncture his prognosis cannot be predicted by the doctors tending to him.

Due to this terrible development, Plaintiffs respectfully request that the final pretrial conference and trial be adjourned *sine die*. If it pleases the Court I will update the Court in a month's time (or sooner, of course, should there be any significant developments before then) as to Mr. Fernandez's condition, and whether and when he may hopefully be able to have recovered sufficiently to proceed with the trial.

---

**MEMO ENDORSED**

The application to adjourn the final pretrial conference and trial *sine die* is granted. This is a 2017 case, however, and trial has been delayed for several years. Accordingly, plaintiffs' counsel will submit status letters each week, beginning on September 28, 2022, as to Plaintiff Joey Fernandez's medical condition. Plaintiffs' counsel will also submit medical records regarding his current medical condition.

SO ORDERED:
/s/ Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.
Dated: Sept 21, 2022