UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVID FERNANDEZ and JOEY FERNANDEZ,

                Plaintiffs,

- against -

THE CITY OF NEW YORK; POLICE OFFICER MARCO PADILLA, Shield No. 25056.1; JOHN DOE #1; JOHN DOE #2; POLICE SERGEANT ELLIOTT ZINSTEIN; POLICE OFFICER "FNU" FREEMAN, Shield No. 19103; POLICE OFFICER ELBERT TIM, Shield No. 15162; JOHN DOES and RICHARD ROES,

                Defendants.

**ORDER**

17 Civ. 789 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

        On September 21, 2022, this Court adjourned the October 3, 2022 trial date in this matter because Plaintiff Joey Fernandez "was shot multiple times in the Bronx . . . [on] September 15, 2022," leaving him "unconscious and in the ICU on a ventilator at the hospital." (See Dkt. Nos. 167-68)  On September 28, 2022, Plaintiffs' counsel reported that his client is now conscious, but remains in the hospital "in a state of delirium."  (Dkt. No. 169)  Accordingly, this case is stayed until Plaintiff Joey Fernandez's medical condition has improved such that he can meaningfully participate in this case.

        Plaintiffs' counsel will continue filing weekly letters addressing his client's medical condition, in accordance with this Court's September 21, 2022 order.  (Dkt. No. 168)

Dated: New York, New York
       September 29, 2022

                                            SO ORDERED.

                                            _____
                                            Paul G. Gardephe
                                            United States District Court