UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID FERNANDEZ et al.,

            Plaintiffs,

- against -

THE CITY OF NEW YORK et al.,

            Defendants.

**ORDER**

17 Civ. 789 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        A final pretrial conference will take place in this matter on **June 5, 2023 at 10:00 a.m. in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York**.

Dated: New York, New York
       May 4, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge